Robert C. Barkins
PLAINTIFFS

ADR

C08-03718  MMC

FILED
AUG - 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Robert C. Barkins
1835 San Pablo Ave
Oakland, CA 94612
APT 5C4B
510.485.8962

WellFaso Bank N.A. Defenans

On 10/1/07 A depcnt was make in my checking accont for 170.00 From SSI the acct. was Close. they did.t Retrund the Check to SSA. wellFarge dichr.t give me the money.

Robert C. Barkins  8/21/08