Robert C. Bookins APT
1955 San Pablo Ave 504B
Oakland, CA 94612
510-485-8962
8/4/08

FILED
AUG - 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

ADR

Robert C. Bookins )
           Plaintiff, )    CASE NO. C08-03716 MMC
)
vs. )    **APPLICATION TO PROCEED**
)    **IN FORMA PAUPERIS**
)    (Non-prisoner cases only)
)
           Defendant. )
Wells Fargo Bank N/A

I, Robert C. Bookins declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?  Yes ___  No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary and

APP. TO PROC. IN FORMA
PAUPERIS, Case No._____      - 1 -

1 | wages per month which you received.
2 | _____
3 | _____
4 | _____
5 | 2. Have you received, within the past twelve (12) months, any money from any of the following
6 | sources:
7 |   a.  Business, Profession or           Yes ___ No ✓
8 |       self employment
9 |   b.  Income from stocks, bonds,        Yes ___ No ✓
10 |      or royalties?
11 |  c.  Rent payments?                    Yes ___ No ✓
12 |  d.  Pensions, annuities, or           Yes ___ No ✓
13 |      life insurance payments?
14 |  e.  Federal or State welfare payments, Yes ✓ No ___
15 |      Social Security or other govern-
16 |      ment source?
17 | If the answer is "yes" to any of the above, describe each source of money and state the amount
18 | received from each.
19 | _Social Security   For 701.00  SSI 168.90_
20 | _____
21 | 3. Are you married?                    Yes ___ No ✓
22 | Spouse's Full Name: _____
23 | Spouse's Place of Employment: _____
24 | Spouse's Monthly Salary, Wages or Income:
25 | Gross $_____ Net $_____
26 | 4.  a.  List amount you contribute to your spouse's support:$ _____
27 |     b.  List the persons other than your spouse who are dependent upon you for support and
28 |         indicate how much you contribute toward their support. (NOTE: For minor children,

APP. TO PROC. IN FORMA
PAUPERIS, Case No._____           - 2 -

list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

_____

_____

5. Do you own or are you buying a home?   Yes ____ No __✓__

Estimated Market Value: $_____ Amount of Mortgage: $_____

6. Do you own an automobile?   Yes ____ No __✓__

Make _____ Year _____ Model _____

Is it financed? Yes _____ No _____ If so, Total due: $ _____

Monthly Payment: $ _____

7. Do you have a bank account? Yes _____ No __✓__ (Do not include account numbers.)

Name(s) and address(es) of bank: _____

_____

Present balance(s): $ _____

Do you own any cash? Yes ____ No __✓__ Amount: $ _____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ____ No __✓__

_____

8. What are your monthly expenses?

Rent: $ _4/04/.00_____ Utilities: _____

Food: $ _150.00_____ Clothing: _200_____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Account |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

_____ Cell Phone   53.00 month _____

APP. TO PROC. IN FORMA
PAUPERIS, Case No._____                - 3 -

1
2  10.    Does the complaint which you are seeking to file raise claims that have been presented in other
3  lawsuits?   Yes ___  No ✓
4  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which
5  they were filed.
6  _____
7  _____
8  I declare under the penalty of perjury that the foregoing is true and correct and understand that a false
9  statement herein may result in the dismissal of my claims.

10
11   8/4/08                             Ruth C. Barker
12   DATE                               SIGNATURE OF APPLICANT

APP. TO PROC. IN FORMA
PAUPERIS, Case No._____                - 4 -