IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT C. BARKINS, | No. C-08-3718 MMC |
| Plaintiff, | **ORDER DISMISSING COMPLAINT WITH LEAVE TO AMEND** |
| v. | |
| WELLS FARGO BANK N.A., | |
| Defendant | |

Before the Court is plaintiff's complaint, as well as his application to proceed in forma pauperis, both filed August 4, 2008.

In his complaint, plaintiff, who proceeds pro se, alleges that "a deposit was make [sic] in [his] checking account for $170.00 from SSI," and that the account, which was with defendant, was closed. According to plaintiff, defendant neither gave plaintiff the funds nor returned them to the payor.

Plaintiff's complaint fails to include "a short and plain statement of the grounds for the court's jurisdiction," as is required by the Federal Rules of Civil Procedure. See Fed. R. Civ. P. 8(a). Plaintiff is not excused from complying with rules of procedure simply by reason of his proceeding without the assistance of counsel. See Jacobsen v. Filler, 790 F. 2d 1362, 1364-65 (9th Cir. 1986) (holding non-prisoner pro so litigant must "not be treated more favorably than parties with attorneys of record").

Accordingly, the instant complaint is hereby DISMISSED, with leave to file a First Amended Complaint that includes a "short and plain statement of the grounds for the court's jurisdiction," see Fed. R. Civ. P. 8(a), in addition to the factual allegations that support plaintiff's claim or claims against defendant.

Any First Amended Complaint shall be filed no later than September 9, 2008. If plaintiff fails to file a timely First Amended Complaint, or fails to include therein a short and plain statement of the grounds for jurisdiction, the Court will dismiss the instant action without prejudice.

Plaintiff's application to proceed in forma pauperis shall remain under submission.

**IT IS SO ORDERED.**

Dated: August 20, 2008

                                       MAXINE M. CHESNEY
                                       United States District Judge