IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT C. BARKINS,

    Plaintiff,

  v.

WELLS FARGO BANK N.A.,

    Defendant
_____/

No. C-08-3718 MMC

**ORDER DISMISSING ACTION; GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS**

By order filed August 20, 2008, the Court dismissed plaintiff's complaint for failure to comply with Rule 8(a) of the Federal Rules of Civil Procedure. The Court afforded plaintiff leave to file, no later than September 9, 2008, a First Amended Complaint that complied with Rule 8(a). To date, plaintiff has failed to file a First Amended Complaint.

Accordingly, the instant action is hereby DISMISSED without prejudice.

Finally, because it appears plaintiff lacks sufficient fees to pay the filing fee, plaintiff's application to proceed in forma pauperis is hereby GRANTED.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: September 15, 2008

MAXINE M. CHESNEY
United States District Judge