IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT C. BARKINS,

                No. CV-08-3718 MMC

       Plaintiff,

  v.

                **JUDGMENT IN A CIVIL CASE**

WELLS FARGO BANK N.A.,

       Defendant.

_____/

    **( )  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or  heard and a decision has been rendered.

      **IT IS SO ORDERED AND ADJUDGED** the instant action is hereby DISMISSED without prejudice.


Dated: September 15, 2008             Richard W. Wieking, Clerk

                                  *Tracy Lucero*

                              By: Tracy Lucero
                              Deputy Clerk